IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELEA VAN DAM, | |
| Plaintiff, | Civil Action No. 25-cv-1198 |
| v. | |
| PLANCHOLO, *et al.*, | (Judge Bissoon) |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk:

    Kindly enter my appearance for the Plaintiff in the above-captioned matter.

                                  Respectfully submitted,

November 7, 2025                      /s/ Ann E. Cheetham
                                            Ann E. Cheetham
                                            Pa. ID No. 335645

                                            FERENCE & ASSOCIATES LLC
                                            409 Broad Street
                                            Pittsburgh, PA  15143
                                            (412) 741-8400 – telephone
                                            (412) 741-9292 – facsimile
                                            acheetham.ecf@ferencelaw.com

                                            Attorneys for Plaintiff