IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELEA VAN DAM,<br><br>      Plaintiffs,<br><br>v.<br><br>PLANCHOLO, *et al.*,<br><br>      Defendants. | Civil Action No. 25-cv-1198<br><br>Judge Bissoon |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

  You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Stanley D. Ference in Support of Request to Enter Default hereto attached.

                   Respectfully submitted,

Dated:  November 7, 2025      /s/Stanley D. Ference III
                   Stanley D. Ference III
                   Pa. ID No. 59899
                   courts@ferencelaw.com

                   FERENCE & ASSOCIATES LLC
                   409 Broad Street
                   Pittsburgh, Pennsylvania 15143
                   (412) 741-8400 – Telephone
                   (412) 741-9292 – Facsimile
                   Attorney for the Plaintiff