IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELEA VAN DAM,

                    Plaintiffs,           |     Civil Action No. 25-cv-1198

v.

PLANCHOLO, *et al.*,            |     Judge Bissoon

                    Defendants.

**DECLARATION OF STANLEY D. FERENCE
IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS**

I caused the complaint and a summons in this action to be served on the Defendants on the dates as set forth in ECF No. 22; at the time within which such Defendants may answer or otherwise move as to the complaint has expired; that such Defendants have not answered or otherwise moved and that the time for such Defendants to answer or otherwise move has not been extended.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pittsburgh, Pennsylvania on November 7, 2025.

<u>/s/ Stanley D. Ference III</u>