## Schedule "A"

## Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 2 | DairyDing | A285S7GA53LYO1 |
| 3 | JANKINGS | A3F9BCC6PZGEFO |
| 13 | Augper | 101447578 |
| 15 | Levmjia | 101259960 |
| 24 | Alex Cheeee | 634418218290280 |
| 25 | Pretty Moon | 147154680814 |
| 27 | Qiansclothes | 634418218645846 |
| 28 | Ankuai Garment | 634418215516138 |
| 30 | Xincuangyi | 634418210623430 |
| 31 | Fashion printed womens cmens | 634418214565132 |
| 34 | Nyfariy Local | 634418215341352 |
| 36 | Ves shop | 634418214114485 |
| 37 | Chemiha | 734687589220 |
| 38 | Dress style dress womens clot | 5996323442459 |
| 40 | CLAZZIQUE | 117887782376 |
| 41 | WUU SING | 634418216004709 |
| 42 | Flipped Bragi | 634418214622876 |
| 43 | RICHFS | 634418211151046 |
| 44 | Finpreclo | 4051655376655 |
| 45 | moonloy | 4703499546802 |
| 47 | XYYY | 634418213776100 |
| 48 | Plump female | 4859285250812 |
| 49 | YX FUSHI | 634418214428753 |
| 52 | DIYUYE | 634418212841365 |
| 53 | HappyHoIiday | 634418219416363 |
| 54 | PCLADY | 2703678532959 |
| 55 | evepes | 634418216014978 |
| 56 | LLLWWWYYY | 634418214269301 |
| 57 | Changyu dress | 634418209902180 |
| 58 | PlusShirt | 634418215897935 |
| 59 | WWWHHHMMM | 634418216677079 |
| 60 | Aoyuo | 634418211782315 |
| 62 | YYXXYY | 634418215126183 |

| 63 | PLUSbeautiful | 634418211089991 |
| --- | --- | --- |
| 65 | SetLady A | 634418214819930 |
| 66 | LJP | 634418219676087 |
| 69 | Purple Roses | 634418211844754 |
| 72 | HONHONG | 634418214875255 |
| 73 | Senmash | 634418209485143 |
| 75 | DANRENXING | 5102756582256 |
| 76 | Gerica | 634418209616437 |
| 77 | THEONE | 312382955862 |
| 78 | Sanor | 634418216525506 |
| 83 | WYch | 634418214264715 |
| 86 | Likes Ruyi | 634418213226157 |
| 88 | Randomness | 71431626688 |
| 89 | Dayuxiaopu | 634418211883688 |
| 90 | Up Trend | 634418219383996 |
| 91 | CUPOSSIBLY SHOP | 634418217722731 |
| 93 | BlanketHaven | 634418218409852 |
| 95 | GANJING | 634418212912102 |
| 96 | Dorkali | 634418215610670 |
| 97 | Global Better Products | 634418218756764 |
| 98 | JIN JI Embroidery picture | 634418213752654 |