IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELEA VAN DAM, | |
| Plaintiff, | Civil Action No. 25-cv-1198 |
| v. | (Judge Bissoon) |
| PLANCHOLO, *et al*., | |
| Defendants. | |

**MOTION TO MODIFY ASSET RESTRAINT FOR CERTAIN DEFENDANTS**

Plaintiff Angela Van Dam ("Plaintiff") moves this Court for entry of an order modifying the asset restraint solely as it relates to the Defendants identified below.

On August 7, 2025, Plaintiff filed the above-captioned lawsuit against the entities identified in Schedule A to the Complaint for copyright infringement. [Dkt No. 1]. This Court entered a temporary restraining order ("TRO") against the Defendants on September 12, 2025 [Dkt. No. 22], and subsequently converted the TRO to a preliminary injunction on September 25, 2025. [Dkt. No. 28]. The TRO and preliminary injunction include provisions to restrain funds in Defendants' financial accounts held by the online marketplaces.

Plaintiff has filed a Motion for Default Judgment that is currently pending. Plaintiff, however, has settled with a number of the Defendants that are not the subject of the Default Judgment Motion (the "Settling Defendants"). Once default judgment has been entered against the non-settling Defendants, Plaintiff intends to dismiss the action against the Settling Defendants. In the interim, Plaintiff respectfully requests that the Court enter an Order lifting the asset restraint against the Settling Defendants. These Settling Defendants are listed below:

| Defendant No. | Seller Name |
|---|---|
| 1 | Plancholo |
| 3 | JANKINGS |
| 4 | SIAOMA US |
| 5 | Penkiiy |
| 6 | babysbule |
| 7 | Kiplyki |
| 8 | Leesechin |
| 9 | YANHAIGONG |
| 10 | YDDIAN |
| 11 | TIHLMK |
| 12 | Tejiojio |
| 14 | qipopiq |
| 16 | AOOCHASLIY |
| 17 | simplmasygenix |
| 18 | ICHUANYI |
| 19 | Floleo |
| 20 | IROINNID |
| 21 | Fesfesfes |
| 22 | KaShe |
| 23 | llxxyue |
| 26 | JP OVERSIZE |
| 29 | Pluswardrobe |
| 32 | Win all the plussize sports a |
| 33 | A Elegant plus size |
| 34 | Nyfariy Local |
| 35 | PoshMystique |
| 39 | Lilyclothing |
| 40 | CLAZZIQUE |
| 41 | WUU SING |
| 46 | oudian |
| 48 | Plump female |
| 50 | YIFYIplus |
| 51 | Lzihan |

| Defendant No. | Seller Name |
|:---:|:---:|
| 52 | DIYUYE |
| 61 | Rug Selection |
| 64 | Niceqiu |
| 67 | THO |
| 68 | Oufei |
| 70 | WUCHU |
| 71 | Shishangyiren |
| 74 | Casualwear |
| 79 | CBeY |
| 80 | Ximango |
| 81 | QiQiclothing |
| 82 | AIWUCHU |
| 84 | HZJ SHOP |
| 85 | JUNLINSTOR |
| 87 | Liangying Ke |
| 91 | CUPOSSIBLY SHOP |
| 92 | Beyond Treasures |
| 94 | Angels Celebrating Daily Nec |

A proposed Order granting the requested relief is submitted herewith.

Respectfully submitted,

Dated: December 17, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff