IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGELEA VAN DAM,

    Plaintiff,

v.

PLANCHOLO, *et al.*,

    Defendants.

Civil Action No. 25-cv-1198

(Chief Judge Bissoon)

## ASET RESTRAINT ORDER FOR CERTAIN DEFENDANTS

This Court previously entered Orders restraining the assets of the Defendants, including the following Defendants (collectively the "Settling Defendants"):

| Defendant No. | Seller Name |
|---|---|
| 1 | Plancholo |
| 3 | JANKINGS |
| 4 | SIAOMA US |
| 5 | Penkiiy |
| 6 | babysbule |
| 7 | Kiplyki |
| 8 | Leesechin |
| 9 | YANHAIGONG |
| 10 | YDDIAN |
| 11 | TIHLMK |
| 12 | Tejiojio |
| 14 | qipopiq |
| 16 | AOOCHASLIY |
| 17 | simplmasygenix |
| 18 | ICHUANYI |
| 19 | Floleo |
| 20 | IROINNID |

| Defendant No. | Seller Name |
|---|---|
| 21 | Fesfesfes |
| 22 | KaShe |
| 23 | llxxyue |
| 26 | JP OVERSIZE |
| 29 | Pluswardrobe |
| 32 | Win all the plussize sports a |
| 33 | A Elegant plus size |
| 34 | Nyfariy Local |
| 35 | PoshMystique |
| 39 | Lilyclothing |
| 40 | CLAZZIQUE |
| 41 | WUU SING |
| 46 | oudian |
| 48 | Plump female |
| 50 | YIFYIplus |
| 51 | Lzihan |
| 52 | DIYUYE |
| 61 | Rug Selection |
| 64 | Niceqiu |
| 67 | THO |
| 68 | Oufei |
| 70 | WUCHU |
| 71 | Shishangyiren |
| 74 | Casualwear |
| 79 | CBeY |
| 80 | Ximango |
| 81 | QiQiclothing |
| 82 | AIWUCHU |
| 84 | HZJ SHOP |
| 85 | JUNLINSTOR |
| 87 | Liangying Ke |
| 91 | CUPOSSIBLY SHOP |
| 92 | Beyond Treasures |

| Defendant No. | Seller Name |
|---|---|
| 94 | Angels Celebrating Daily Nec |

The previous Orders entered by the Court include provisions to restrain funds in Defendants' financial accounts held by held by: Amazon.com, Inc. and its affiliate, Amazon Services LLC d/b/a Amazon.com; Whaleco Inc., a Delaware Corporation, which is a wholly owned subsidiary of Pinduoduo Inc., which is owned by PDD Holdings; Walmart.com USA LLC and Walmart, Inc. ("Walmart"); Amazon Payments, Inc. d/b/a pay.amazon.com, and PayPal, Inc. d/b/a paypal.com; and Walmart d/b/a Walmart Pay (collectively "Financial Institutions").

IT IS HEREBY ORDERED that upon service of a copy of this Order, the Financial Institutions shall immediately lift any monetary restraints related to this lawsuit on the Settling Defendants' accounts.

Dated: December 18, 2025

_____
CATHY BISSOON
CHIEF UNITED STATES DISTRICT JUDGE